IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW LEWIS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-18-CV-217-LY |
| | § | |
| SHERYL MORROW, COMMISSIONER, | § | |
| U.S. DEPARTMENT OF THE | § | |
| TREASURY BUREAU OF THE FISCAL | § | |
| SERVICE; AND PERFORMANT | § | |
| RECOVERY, INC., | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On December 14, 2018, Plaintiff filed Plaintiff's a Motion to Dismiss with prejudice (Doc. #13), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___18th___ day of December, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE